# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ARTHUR J. GRAHAM,

    Plaintiff,

v.                                        CASE NO. 5:07cv198-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

This case is before the court on the magistrate judge's report and recommendation (document 17). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's application for attorney's fees is GRANTED. The Secretary must pay the plaintiff the sum of $775.70 as attorney's fees under the Equal Access to Justice Act and $350 as costs for a total of $1,125.70.

SO ORDERED on December 2, 2008.

                                                 s/Robert L. Hinkle
                                                 Chief United States District Judge