# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ARTHUR J. GRAHAM,

    Plaintiff,

v.                                                      CASE NO. 5:07cv198-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation (document 23). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The amended motion for attorney's fees (document 22) is GRANTED. The Secretary must disburse $7,815.00 to Charles L. Martin as attorney's fees. Mr. Martin must refund to the plaintiff $775.70—the amount previously received by

Mr. Martin under the Equal Access to Justice Act.

SO ORDERED on January 19, 2010.

s/Robert L. Hinkle
United States District Judge
